1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANE SWOBODA,<br><br>            Plaintiff,<br><br>    v.<br><br>AON CONSULTING, INC.,<br><br>            Defendants. | Case No.  C05 04214 PVT<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

## ORDER

Considering the stipulation submitted by the parties, and good cause appearing, IT IS ORDERED that the above-captioned matter is hereby remanded to the Superior Court of the State of California for Santa Clara County, Case No. 1-05-CV 048447.

DATED:        *1/6/06*

_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge